# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2015

### NO. 03-15-00212-CR

**Michael Jude Pirie, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON STATE'S MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction signed by the district court. The State has filed a motion to dismiss the appeal. Finding the motion meritorious, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.